| | |
|---|---|
| 1 | M. Alim Malik, Bar No. 145546 |
|   | amalik@jdtplaw.com |
| 2 | Carel W. Van Heerden, Bar No. 216975 |
|   | cvanheerden@jdtplaw.com |
| 3 | JACKSON, DeMARCO, TIDUS |
|   | & PECKENPAUGH |
| 4 | A Law Corporation |
|   | 2030 Main Street, Suite 1200 |
| 5 | Irvine, California 92614 |
|   | Tel: (949) 752-8585 |
| 6 | Fax: (949) 752-0597 |
| 7 | Attorneys for Plaintiff |
|   | ZURICH ENGINEERING, INC. dba VF |
| 8 | ENGINEERING |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZURICH ENGINEERING, INC., a California Corporation, dba VF ENGINEERING, | CASE NO. SACV-09-00784 DMG (MLGx) |
| Plaintiff, | **Before the Hon. Dolly M. Gee** |
| vs. | **JS-6** |
| SECOR LIMITED, a Pennsylvania Corporation, dba A.W.E. TUNING; and DOES 1 through 25, inclusive; | **ORDER RE JOINT STIPULATION FOR DISMISSAL** **[21]** |
| Defendants. | Trial Date: June 29, 2010 |
| SECOR LIMITED, a Pennsylvania Corporation, dba A.W.E. TUNING; | |
| Counter-Claimant; | |
| ZURICH ENGINEERING, INC., a California Corporation, dba VF ENGINEERING, | |
| Counter-Defendant. | |

-1-    6134-58325\ 941423.1

[PROPOSED] ORDER RE JOINT STIPULATION FOR DISMISSAL

The Court, having reviewed the Joint Stipulation for Dismissal, and good cause appearing, hereby **ORDERS** the within matter **DISMISSED WITH PREJUDICE** pursuant to FRCP 41(a)(1), with each party bearing its own fees and costs. The Court hereby expressly reserves jurisdiction to enforce or resolve any disputes regarding the settlement agreement entered into between the parties.

Dated: February 12, 2010

_____
Hon. Dolly M. Gee
United States District Judge